# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sun v. The Partnerships and Unincorporated Associations Identified on Schedule A

Case Number: 20-00220

An appearance is hereby filed by the undersigned as attorney for:

CHENYAN SUN

Attorney name (type or print): L. FORD BANISTER, II

Firm: FORD BANISTER IP

Street address: 244 5TH AVE, STE. 1888

City/State/Zip: NEW YORK, NY

Bar ID Number: 5446539
(See item 3 in instructions)

Telephone Number: 212-574-8107

Email Address: FORD@FORDBANISTER.COM

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on JANUARY 13, 2019

Attorney signature: S/ L. FORD BANISTER, II/
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015