**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUN CHENYAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-220 |
| | ) | |
| v. | ) | **Judge Jorge L. Alonso** |
| | ) | |
| THE PARTNERSHIPS AND | ) | **Mag. Judge M. David Weisman** |
| UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DECLARATION OF MARAL BEHNAM-GARCIA**

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)

I, Maral Behnam-Garcia, hereby attest, under penalties of perjury, the following:

1. I am a duly authorized custodian of the records for ContextLogic Inc., d/b/a Wish ("Wish"), and in such capacity, I have authority to certify the attached record.

2. The attached record reflects true and correct information that Wish has in its possession, custody, or control for the Merchant IDs associated with Defendants named in Schedule A to the Complaint in the above-captioned matter.

3. The attached document reflects information that was kept in the course of the regularly conducted business activity of Wish and was prepared as a regular practice.

4. The attached document reflects information that was prepared by the personnel of Wish in the ordinary course of business, at or near the time of the occurrence of the matters set forth therein, and by a person or persons with knowledge of, and a business duty to record or transmit, those matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 10th, 2020

_____
Maral Behnam-Garcia