# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUN CHENYAN ) | |
| ) | |
| Plaintiff, ) | Case No. 20-cv-220 |
| ) | |
| v. ) | **Judge John F. Kness** |
| ) | |
| THE PARTNERSHIPS AND ) | **Mag. Judge M. David Weisman** |
| UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON ) | |
| SCHEDULE "A" ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sun Chenyan hereby dismisses this action with prejudice against the following Defendants identified on Schedule A to the Complaint:

| **Defendant No.** | **Defendant Name** |
|---|---|
| 114 | zhengyue167 |
| 20 | dchen |

Respectfully submitted this 3rd day of June, 2020,

/s/ L. Ford Banister, II
Bar No. 5446539
FORD BANISTER IP
244 5th Avenue, Ste. 1888
New York, NY 10001
Telephone No. 212-574-8107
Email: ford@fordbanister.com
*Attorney for Plaintiff*