# Default Schedule A

| No. | Platform | Store Name | Merchant Id |
|---|---|---|---|
| 1 | Wish | aliupingping | 5b54502afebc1d43a19647cb |
| 2 | Wish | Andrea's shop | 5953b94530047a51048e02c5 |
| 3 | Wish | Another aunt shop | 58fa1bb811dfa910ed04d703 |
| 4 | Wish | Anthony_Yue01 | 570b927a4716bc58e259a4ef |
| 5 | Wish | Excluded | Excluded |
| 6 | Wish | Excluded | Excluded |
| 7 | Wish | Excluded | Excluded |
| 8 | Wish | BlackkkkkkkHack | 5abdd6487c276856a4b038d6 |
| 9 | Wish | BlingBlings | 53a7998e46188e142f7b1a6a |
| 10 | Wish | Excluded | Excluded |
| 11 | Wish | Excluded | Excluded |
| 12 | Wish | catboys | 5aed1ca8e9b723195ee10e4f |
| 13 | Wish | Excluded | Excluded |
| 14 | Wish | chenkang889 | 5aaf9fddabef95217b66a8ae |
| 15 | Wish | chou#dou#fu | 5968a12e82a8546ccb741740 |
| 16 | Wish | Creative Groceries Shop | 59687410d4cc3446e30a47d1 |
| 17 | Wish | Excluded | Excluded |
| 18 | Wish | daqishangwu | 59c31b680415f81442b192b7 |
| 19 | Wish | Excluded | Excluded |
| 20 | Wish | Dismissed | Dismissed |
| 21 | Wish | dearmoon | 572aea1ad570175920fea577 |
| 22 | Wish | demtya | 58044c6b8bf5da1dbc0b7d78 |
| 23 | Wish | Excluded | Excluded |
| 24 | Wish | discoveryxiaoyunyun | 58d876d2b7bb135360907c0d |
| 25 | Wish | Dream1688 | 593a7b96abea913508da1588 |
| 26 | Wish | duhuili | 5b4c4afb14f3357da7a7fa05 |
| 27 | Wish | E-oneshop | 58be51b9597932528ab1d737 |
| 28 | Wish | emimi | 594b77b78635f0195d7db3e7 |
| 29 | Wish | Dismissed | Dismissed |
| 30 | Wish | Fashion GO International | 54ff021aa0086e70c8d90872 |
| 31 | Wish | Excluded | Excluded |
| 32 | Wish | Excluded | Excluded |
| 33 | Wish | Excluded | Excluded |
| 34 | Wish | Excluded | Excluded |
| 35 | Wish | fjnlyouth100 | 5a0f91a9e650333b15747a5a |
| 36 | Wish | flower123 | 5890975f3e68dc4d917340ed |
| 37 | Wish | flyby | 595a4e29d4cc3424950b1eab |
| 38 | Wish | Excluded | Excluded |
| 39 | Wish | Excluded | Excluded |
| 40 | Wish | guodongling | 58e258665ee73c7b19c565d5 |
| 41 | Wish | gzHo tiger | 55d1db4f0aacb81237f2f3d4 |
| 42 | Wish | happynewproduct | 5760d17510cc155e2215db3c |
| 43 | Wish | Excluded | Excluded |
| 44 | Wish | huihui2015 | 5509759299d7f30b28bac507 |
| 45 | Wish | Excluded | Excluded |
| 46 | Wish | Jane's Home E-commerce Company | 55e42487c9f8234220401ebf |
| 47 | Wish | jiawei88 | 5836c39b6339b4488b50f5a3 |
| 48 | Wish | jijsgywyh2212@163.com | 596853fed44a9b12acf6a119 |
| 49 | Wish | Jpeach | 59d4e99567e9be787473f7cd |

| 50 | Wish | JVCAT STORE | 580dfea7cfe7e51960733cb3 |
|---|---|---|---|
| 51 | Wish | Excluded | Excluded |
| 52 | Wish | Dismissed | Dismissed |
| 53 | Wish | lilu2521 | 5b5d269d6967ac20758191e0 |
| 54 | Wish | Excluded | Excluded |
| 55 | Wish | Excluded | Excluded |
| 56 | Wish | MEET@Cozyroom | 586d05636c138a4f909eb9c6 |
| 57 | Wish | meilichun | 5b5558b70fa369254e1582e5 |
| 58 | Wish | Excluded | Excluded |
| 59 | Wish | monishangmao | 5d4e934f933fb16bdeb71a87 |
| 60 | Wish | Excluded | Excluded |
| 61 | Wish | Excluded | Excluded |
| 62 | Wish | Excluded | Excluded |
| 63 | Wish | Excluded | Excluded |
| 64 | Wish | NEW TIMES E-COMMERCE CO.,LIMITED | 565c72b4675dec127c2d0bb2 |
| 65 | Wish | niuniujiadedian | 585a18714a39b14d56276d9e |
| 66 | Wish | oyttf | 5849056ee18c0f6ebdbade1b |
| 67 | Wish | Excluded | Excluded |
| 68 | Wish | popular lady | 54aa9b1e40b378422555d4a0 |
| 69 | Wish | Excluded | Excluded |
| 70 | Wish | QIUZUZHAO | 5b4ef2831fad502f4c6bf690 |
| 71 | Wish | qlj0099009900@163.com | 589d88e2197b17562ca6c2c0 |
| 72 | Wish | QOQOQOQO | 5ad30253c3911a2d93dd2d2b |
| 73 | Wish | Rapidly168 | 591028d60cfae2269a811af8 |
| 74 | Wish | roryshop | 5774fa7fb5744e192216dc26 |
| 75 | Wish | Excluded | Excluded |
| 76 | Wish | Excluded | Excluded |
| 77 | Wish | Excluded | Excluded |
| 78 | Wish | serafhbsfdbfg | 59108742eb13661f210fec76 |
| 79 | Wish | Excluded | Excluded |
| 80 | Wish | Dismissed | Dismissed |
| 81 | Wish | Dismissed | Dismissed |
| 82 | Wish | Excluded | Excluded |
| 83 | Wish | Excluded | Excluded |
| 84 | Wish | Dismissed | Dismissed |
| 85 | Wish | tangxingyi | 5aa60c7f28a2b3327efaa7ab |
| 86 | Wish | Excluded | Excluded |
| 87 | Wish | Tenthousandsteedsgallop | 5975b1378ee78d51f74a9ee4 |
| 88 | Wish | Ting-Ing | 58de07456d7b2974d4a287be |
| 89 | Wish | Excluded | Excluded |
| 90 | Wish | Translinkco | 5b1e89717752c829b486e460 |
| 91 | Wish | Excluded | Excluded |
| 92 | Wish | Excluded | Excluded |
| 93 | Wish | Excluded | Excluded |
| 94 | Wish | wangpeng1994 | 5b55778aa2a4e71d8d54d51b |
| 95 | Wish | watchstore | 53b7e3b0d9113922b95bbf97 |
| 96 | Wish | wedding party factory | 54f3caa3a0086e329580f91d |
| 97 | Wish | Excluded | Excluded |
| 98 | Wish | Excluded | Excluded |
| 99 | Wish | Excluded | Excluded |
| 100 | Wish | wpshfljopl | 5b50051f8dcb852dbbdeddb1 |
| 101 | Wish | Excluded | Excluded |
| 102 | Wish | xiaochouyudedian | 5b44339786152a5a17903e06 |

| 103 | Wish | Excluded | Excluded |
|-----|------|----------|----------|
| 104 | Wish | Excluded | Excluded |
| 105 | Wish | yangbodedianaiyan | 5b29cb60eae8b4267bfeb2b9 |
| 106 | Wish | yangtingting011 | 5b5bd97880736a254fa10652 |
| 107 | Wish | Dismissed | Dismissed |
| 108 | Wish | Youngor Boy's Store | 58c7c8256c158150efd71324 |
| 109 | Wish | Excluded | Excluded |
| 110 | Wish | Dismissed | Dismissed |
| 111 | Wish | Excluded | Excluded |
| 112 | Wish | zeng haiping | 593acadb0b457136d48123b9 |
| 113 | Wish | Dismissed | Dismissed |
| 114 | Wish | Dismissed | Dismissed |
| 115 | Wish | Excluded | Excluded |
| 116 | Wish | Excluded | Excluded |
| 117 | Wish | zpzp | 58bd73c8f00a9953123fa890 |