IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sun Chenyan, <br><br> Plaintiff, <br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Civil Action No. 1:20-cv-00220 <br><br> District Judge John F. Kness <br><br> Magistrate Judge M. David Weisman |

## DECLARATION OF ZHINA CHEN

The undersigned, Zhina Chen, after being sworn, states as follows:

1. All testimony given in this affidavit is based on my own personal knowledge, and if called at trial, I would testify as I have stated herein.

2. My name is Zhina Chen.

3. I am a citizen of China and reside in the county Wuhua County, Guangdong Province, China.

4. I am the owner and operator of the Wish stores Savemotoer, longtimenosee123, WTFtrump, huahuasmile, fashionaccessary shop, zhouzhou666, boluoboluomi, dannismile, waitforyou2017, yanchunsmile, and iseeyou66 ("Wish Stores").

5. On June 2, 2020, I hired Guang Dong Han Cheng Law Firm in the city of ShenZhen City, China to represent my stores against the charges made by Plaintiff in this case.

6. Guang Dong Han Cheng Law Firm then notified me that they had hired The Law Offices of Konrad Sherinian, LLC to represent my stores in this case.

7. I have been dealing with The Law Offices of Konrad Sherinian, LLC since June 2, 2020.

8. The Law Offices of Konrad Sherinian, LLC has been representing my stores in this action with my authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except as to matters stated to be on information and belief and as to such matters the under-signed certifies as aforesaid that she verily believes the same to be true.

2021. 1. 4
Executed On

Zhina Chen
Zhina Chen

2