IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUN CHENYAN,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>                  Defendants. | Case No. 20-cv-00220<br><br>Judge John F. Kness |

## **DECLARATION OF AARON VILLARREAL**

I, Aaron Villarreal, hereby attest, under the penalties of perjury, the following:

1. I am a duly authorized custodian of the records for ContextLogic Inc. d/b/a Wish ("Wish"), and in such capacity, I have authority to certify the attached record.

2. The attached document reflects true and correct information that Wish has in its possession, custody, or control for Wish Post user identifications provided by Plaintiff, and contact and account information for defendants identified by Plaintiff.

3. The attached document reflects information that was kept in the course of the regularly conducted business activity of Wish and was prepared as a regular practice.

4. The attached document reflects information that was prepared by the personnel of Wish in the ordinary course of business, at or near the time of the occurrence of the matters set forth therein, and by a person or persons with knowledge of, and a business duty to record or transmit, those matters.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January __8__, 2021

DocuSigned by:

*aaron Villarreal*

BF42B842EA7F489...

Aaron Villarreal