**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUN CHENYAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:20-cv-0220 |
| v. ) | |
| ) | Judge John F. Kness |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | Mag. Judge M. David Weisman |
| IDENTIFIED ON SCHEDULE "A", ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**BRIEFING SCHEDULE STATEMENT FOR PLAINTIFF'S OPPOSED
EXPEDITED MOTION FOR RECONSIDERATION OF NON-PARTY ZHINA
CHEN'S ORAL MOTION FOR IN CAMERA INSPECTION AND FOR
FED.R.CIV.P. 37(a)(5)(A) AND FED.R. CIV.P. 37(b)(2)(A) SANCTIONS**

Plaintiff Sun Chenyan ("Plaintiff"), by and through her counsel, Ford Banister IP, submits the following statement regarding a briefing schedule on Plaintiff's Opposed Expedited Motion for Reconsideration of Non-Party Zhina Chen's Oral Motion For In Camera Inspection and for Fed.R.Civ.P. 37(A)(5)(A) and Fed.R. Civ.P. 37(B)(2)(A) Sanctions: ("the Motion") [Doc. 211]

1. Plaintiff suggests that the Court decide the Motion without briefing or that, in the alternative, Zhina Chen be required to respond no later noon on Tuesday, May 4, 2021.

2. In response to Plaintiff's inquiry, Zhina Chen states "[W]e reject your briefing schedule and reject your right to reconsider the motion at all." [Doc. 210-1 at 2]

(Date and Signature on the Following Page)

1

Respectfully submitted this 2nd day of May, 2021,

<u>/s/ L. Ford Banister, II</u>
Bar No. 5446539
Ford Banister IP
244 5th Avenue, Ste. 1888
New York, NY 10001
Telephone: U.S No. 212-574-8107
Email: ford@fordbanister.com
*Attorney for Plaintiff*
