IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sun Chenyan, <br><br> Plaintiff, <br> V. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Civil Action No. 1:20-cv-00220 <br><br> District Judge John F. Kness <br><br> Magistrate Judge M. David Weisman |

**OPPOSED MOTION TO WITHDRAW AS COUNSEL**

Attorneys Konrad Sherinian and Depeng Bi, both of the Law Offices of Konrad Sherinian, LLC (collectively "Counsel"), pursuant to Local Rule 83.17, respectfully request that they be given leave to withdraw as counsel for the Defendant Stores Savemotoer, longtimenosee123, WTFtrump, huahuasmile, fashionaccessary shop, zhouzhou666, boluoboluomi, dannismile, waitforyou2017, yanchunsmile, and iseeyou66 ("Defendant Stores"). In support of their Motion, Counsel state as follows:

1. Counsel was retained on or about June 9, 2020 to defend the Defendant Stores, all of which are owned by Zhina Chen.

2. Irreconcilable differences have arisen between Chen and Counsel.

3. On or about November 11, 2021, Chen informed attorney Bi that Counsel was discharged effective immediately.

4. Chen has not disclosed new counsel at this point.

5. On the morning of November 11, 2021, attorney Sherinian informed counsel for Plaintiff that they had been discharged.

1

6. Counsel for Plaintiff indicated that it would be withholding any decision on whether or not to oppose this motion until after seeing the motion.

Date: November 12, 2021        By    /s/ Konrad Sherinian
                                                                  An Attorney for Defendant Stores

Attorneys for Defendant Stores:

Konrad Sherinian
Depeng Bi
The Law Offices of Konrad Sherinian, LLC
1755 Park Street
Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 364-5825
Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net
Email: courts@sherinianlaw.net

## **CERTIFICATE OF SERVICE**

    I, Konrad Sherinian, an attorney, hereby certify that on November 12, 2021, I served the listed documents in Case No. 1:20-cv-00220 (N.D. Ill.), otherwise known as *Sun Chenyan v. The Partnerships and Unincorporated Associations Identified in Schedule "A"* via the Court's CM/ECF system shortly after the filing of the listed documents to the Counsel of Record for Plaintiff Chenyan.

## **SERVED DOCUMENTS**

- This Certificate of Service
- Opposed Motion to Withdraw as Counsel
- Notification of Party Contact Information

                                                  /s/ Konrad Sherinian
                                                  Konrad Sherinian

Konrad Sherinian
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 364-5825
Email: ksherinian@sherinianlaw.net