# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sun Chenyan

                              Plaintiff,

v.                                                        Case No.: 1:20−cv−00220

                                                               Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 24, 2024:

    MINUTE entry before the Honorable John F. Kness: Online Stores' Motion to Dismiss or Alternatively Motion to Intervene [268] is stricken without prejudice for failure to comply with the Court's motions policy. The motions policy can be found at https://www.ilnd.uscourts.gov/judge−info.aspx?IuUa WzNcEoM7AVkumCufAdYq/WINlBTu. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.