IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUN CHENYAN )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE PARTNERSHIPS AND )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A", )<br>)<br>    Defendant. )<br>) | Case No. 20-cv-0220<br><br>Judge John F. Kness<br><br>Mag. Judge M. David Weisman |

**JOINT MOTION OF PLAINTIFF, DEFENDANTS, AND PROPOSED INTERVENORS, TO VACATE CASE MANAGEMENT FILING DEADLINE**

Plaintiff Sun Chenyan ("Plaintiff"), by and through her counsel, Ford Banister IP, and Defendants Jane Chen, Li Dong "Vivi/Vivian" Fang, Lily Zou, and Min Xiao ("Defendants") by and through their counsel Dykema Gossett PLLC, and Proposed Intervenors listed on D.E. 268-1 ("Proposed Intervenors"), by and through their counsel, Dykema Gossett PLLC, submit the following Joint Motion to Vacate Case Management Filing Deadline:

1. On September 24, 2024 this Court entered a Minute Order directing Plaintiff to file its amended complaint in this matter on or before September 27, 2024, for Defendants to answer or otherwise respond to the amended complaint on or before October 18, 2024, and for the parties to confer and file a proposed case management schedule on for before October 25, 2024. [D.E. 263].

2. Plaintiff filed her amended complaint on September 26, 2024 as D.E. 264.

1

3. Proposed Intervenors filed their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(7) or, Alternatively, Motion to Intervene Pursuant to FED. R. CIV. P. 24 on October 18, 2024 without prior notice to Plaintiff. [D.E. 268] ("Proposed Intervenors' Motion").

4. Proposed Intervenors' Motion was stricken without prejudice on October 24, 2024 for failure to comply with this Court's motions policy. [D.E. 269].

5. Plaintiff, Defendants, and Proposed Intervenors have conferred and are unable to propose a case management schedule until a resolution is reached as to Proposed Intervenors' Motion.

6. Plaintiff, Defendants, and Proposed Intervenors jointly agree that it is premature to schedule case management at this time.

7. Plaintiff, Defendants, and Proposed Intervenors jointly request that the deadline to file a case management schedule on October 25, 2024 be vacated.

Respectfully submitted this 25th day of October, 2024,

By: /s/ Michael T. Stanley

Michael Stanley
IL Bar No.: 6284055
Ford Banister LLC
111 W. Jackson Suite 1700
Chicago, Illinois 60604
Telephone: 212-500-3268
Email: mstanley@fordbanister.com
*Attorney for Plaintiff*

2

3

Date:  October 25, 2024    By:/*Michael P. Adams*

        Michael P. Adams
        DYKEMA GOSSETT PLLC
        111 Congress Avenue, Suite 1800
        Austin, Texas 78701
        (512) 703-6300 Phone
        (512) 703-6399 Fax
        madams@dykema.com

        Steven McMahon Zeller
        DYKEMA GOSSETT PLLC
        10 S. Wacker Drive, Suite 2300
        Chicago, Illinois 60606
        (312) 627-2272 Phone
        (866) 890-2670 Fax
        szeller@dykema.com

        *ATTORNEYS FOR DEFENDANTS AND PROPOSED INTERVENORS*