# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sun Chenyan

                                                Plaintiff,

v.                                                  Case No.: 1:20−cv−00220

                                                Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2024:

      MINUTE entry before the Honorable John F. Kness: Status hearing held 11/5/2024. For the reasons stated on the record, Defendants Online Stores are given leave to re−file their motion to dismiss by 11/15/2024. Plaintiff is given until 12/6/2024 to file a response. Defendants' reply, if any, is due no later than 12/20/2024. Accordingly, Plaintiff's motion to vacate case management filing deadline [270] is granted. A telephonic tracking status is set for 1/13/2025 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.