**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUN CHENYAN,<br>               Plaintiff,<br><br>vs.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br>               Defendants. | Case No.: 1:20-cv-00220<br><br>Judge: Hon. John F. Kness<br><br>Magistrate: Hon. M. David Weisman |

**AGREED MOTION TO SET PROPOSED INTERVENORS' DEADLINE**
**TO FILE REPLY BRIEF**

COME NOW the Proposed Intervenors, who are Store Owners[1] of certain Online Stores[2]

referenced, but not named as defendants, in Plaintiff's First Amended Complaint, by and through

their counsel, and file this agreed motion ("Agreed Motion to Set Deadline") to set a deadline of

January 31, 2025 for them to file their reply in support of their Opposed Motion to Dismiss

Pursuant to Fed. R. Civ. P. 12(b)(7) or, alternatively, Motion to Intervene Pursuant to Fed. R.

Civ. P. 24 ("Opposed Motion to Dismiss/Intervene").

**I.      INTRODUCTION AND ARGUMENT**

Proposed Intervenors filed their Opposed Motion to Dismiss/Intervene on November 12,

---

[1] The term "Store Owners" refers to the seventeen (17) Chinese companies listed in the table in Exhibit 1 to their Opposed Motion to Dismiss/Intervene, along with the Online Store(s) that they own. *See* Dkt. 268-1.

[2] The term the "Online Stores" refers to the following stores formerly named as defendants in Plaintiff's original complaint (Dkt. 1): Asyouwant (5), batyfellmay (6), bobosuperman (10), Changushop (13), darlinghome1 (19), Denlertop1 (23), Fivestarshop88 (34), Futurestore8 (38), Globalbuy2 (39), let's gogogo (51), LuckyStore2017 (55), Miss You66 (58), Mrss Right (60), myall (61), Newfirepinler (63), sayyousayme9 (76), Seeyouagain1+1 (77), Sunshinegirl88 (82), tabeanytop (83), taotaosmile (86), tooyoung1 (89), Uptwoyou (92), whenyoubelieve (97), Willbebest (98), wonbefirst (99), xiaoyesmile (103), yourname1 (109), yunjiesmile (111), and Zhouxiaosmile (115).

2024. Dkt. 273. On December 20, 2024, Plaintiff filed her second agreed motion for extension of time to respond to the Opposed Motion to Dismiss/Intervene and requested the deadline to respond be extended until January 15, 2025. Dkt. 295. Proposed Intervenors did not oppose an extension but requested two weeks for the reply. Dkt. 295 ¶13. The Court granted Plaintiff's second agreed motion for extension of time but the Court's minute entry did not state a deadline for the reply brief. Dkt. 296. Plaintiff filed the response to the Opposed Motion to Dismiss/Intervene on January 15, 2025. Dkt. 300.

Proposed Intervenors respectfully request that the Court set January 31, 2025 as the deadline for their reply brief. Two weeks from Plaintiff's response to the Opposed Motion to Dismiss/Intervene is January 29, 2025, but Proposed Intervenors request that the deadline for the reply be January 31, 2025 to allow them a couple extra days prepare and file the reply, especially because of their uncertainty as to the reply deadline.

Plaintiff will not be prejudiced by granting this Motion. This Motion is not for purposes of delay and will not impact any other deadlines in the case.

## II.      CONCLUSION

For the foregoing reasons, the Proposed Intervenors respectfully request that the Court grant their Agreed Motion to Set Deadline, and set a deadline of January 31, 2025 for them to file a reply in support of their Opposed Motion to Dismiss/Intervene.

Respectfully submitted:

Date:  January 29, 2025                                    By:/*Michael P. Adams*

Michael P. Adams
DYKEMA GOSSETT PLLC
111 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 703-6300 Phone
(512) 703-6399 Fax
madams@dykema.com

Steven McMahon Zeller
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2272 Phone
(866) 890-2670 Fax
szeller@dykema.com

**ATTORNEYS FOR PROPOSED
INTERVENORS LISTED HEREIN**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael P. Adams
Michael P. Adams

119665.000002  4924-5135-0548.1