# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sun Chenyan

                        Plaintiff,

v.                         Case No.: 1:20−cv−00220

                        Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's Unopposed Motion to Continue Status Conference [311] is granted. The in−person status hearing set for 4/22/2025 is reset for 6/10/2025 at 9:30 A.M. in Courtroom 2125. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.