IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUN CHENYAN<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE DEFENDANTS IDENTIFIED ON SCHEDULE A<br><br>　　　　　　　Defendants,<br>and<br><br>THE DEFENDANTS IDENTIFIED ON SCHEDULE B,<br><br>　　　　　　　Intervenor Defendants. | Case No. 20-cv-00220<br><br>Judge John F. Kness<br><br>Magistrate Judge M. David Weisman |

## **SCHEDULING ORDER UNDER RULE 16(b)**

The Court has reviewed the parties' Joint Initial Status Report (Dkt. 303), which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

The parties are reminded that the pendency of a dispositive motion, such as a motion to dismiss, does not automatically cause discovery to be stayed.

| Event | Deadline |
|---|---|
| Motions to Amend the Pleadings | 30 Days After Answer or 21 days after MTD filed. |
| Service of process on any "John Does" | NA. All Defendants Served. |
| Completion of Fact Discovery | 90 Days After Answer, or, if Liability Resolved through Motion for Judgment on the Pleadings, 60 days of damages discovery. |

2

| | |
|---|---|
| Disclosure of Plaintiff's Expert Report(s) | NA. No Expert. |
| Deposition of Plaintiff's Expert | NA. No Expert. |
| Disclosure of Defendant's Expert Report(s) | |
| Deposition of Defendant's Expert | |
| Dispositive Motions | Motion for Judgment on the Pleadings 30 days from Answer. If granted, motion for summary judgment/prove up thirty days after order. If Motion for Judgment on the Pleadings denied, motion for summary judgment 60 days after close of fact discovery. |

SO ORDERED.

Date: February 9th, 2026

_____
JOHN F. KNESS
United States District Judge